**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Albert J Anderson, IV | : | Chapter 13 |
| Laura D Anderson | : | Case No. 25-13129-PMM |
| | : | |
| Debtors | : | |

**<u>O R D E R</u>**

AND NOW, upon consideration of the Debtors' Motion to Approve Loan Modification, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the Loan Modification is APPROVED.

BY THE COURT:

Date: **September 22, 2026**

Patricia M. Mayer
HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE